## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff,

v.

JORGE ESCARRAGA-MEDINA,

Defendant

CRIMINAL No. 02-303 (DRD)

### ORDER

Pending before the Court is Defendant's Omnibus Motion (Docket No. 51), filed by defendant Jorge Escarraga-Medina on September 8, 2006, requesting an order to the Warden of Fort Dix, New Jersey to provide to the defendant the inmate prison records in its possession, containing, among others, his progress, conduct and activities. The defendant's motion is granted, and the Warden of Fort Dix, New Jersey is hereby ORDERED to provide to defendant his complete prison records.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on  12  of January, 2007.

DANIEL R. DOMINGUEZ
United States District Judge