# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JORGE ESCARRAGA-MEDINA,<br><br>Defendant | CRIMINAL No. 02-303 (DRD) |

**O R D E R**

Having considered the Defendant's Omnibus Motion filed by defendant Jorge Escarraga-Medina on September 8, 2006 (Docket entry 51), requesting an order to the U.S. Department of Justice, Bureau of Prisons to provide to the defendant with all of his medical records; the Department of Justice, Bureau of Prisons is hereby ORDERED to provide to the defendant all of his medical records.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on _12_ of January, 2007.

DANIEL R. DOMINGUEZ
United States District Judge